No. 84–493. S. E. JOHNSON CO. ET AL. *v.* ARTHUR S. LANGENDERFER, INC., ET AL.; and

No. 84–508. ARTHUR S. LANGENDERFER, INC., ET AL. *v.* S. E. JOHNSON CO. ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 729 F. 2d 1050.

No. 84–511. TRANSCON LINES *v.* MANCHESTER PRODUCTS CO. C. A. 9th Cir. Certiorari denied.

No. 84–512. DeHAVILLAND AIRCRAFT OF CANADA, LTD. *v.* MAUNDER ET AL. Sup. Ct. Ill. Certiorari denied.

No. 84–515. SPAULDING ET AL. *v.* UNIVERSITY OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 84–516. DELMONACO *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 84–521. KRIEGESMANN *v.* BARRY-WEHMILLER CO. C. A. 8th Cir. Certiorari denied.

No. 84–522. DANTE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–523. JIZMEJIAN *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–524. UNITED STATES FIRE INSURANCE CO. *v.* CAVANAUGH ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–529. JONES, CHAIRMAN, SUBCOMMITTEE ON SERVICES OF THE UNITED STATES HOUSE OF REPRESENTATIVES' COMMITTEE ON HOUSE ADMINISTRATION, ET AL. *v.* WALKER. C. A. D. C. Cir. Certiorari denied.

No. 84–530. WELYCZKO *v.* U. S. AIR, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–531. MAHONEY *v.* TRABUCCO, COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF PUBLIC SAFETY, ET AL. C. A. 1st Cir. Certiorari denied.